**C.O. LAW, APC**
Clark Ovruchesky (301844)
co@colawcalifornia.com
2404 Broadway, Suite 150
San Diego, CA 92102
Telephone: (619) 356-8960
Facsimile: (619) 330-7610

*Attorneys for Plaintiff*,
Sally Galea

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALLY GALEA,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., EQUIFAX INFORMATION SERVICES LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>Defendants. | Case No.: 2:19-cv-00386-JAM-AC<br><br>**STIPULATION AND ORDER TO CONTINUE DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S MOTION TO DISMISS HEARING SET FOR 6/18/2019 AT 1:30 PM AND ASSOCIATED DEADLINES** |

The parties hereto, by and through their attorneys of record, stipulate and move for an order continuing the current June 18, 2019 Motion to Dismiss hearing in this matter (ECF No. 20) and associated filing deadlines pertaining to the Motion to Dismiss approximately two or more weeks to a date that is convenient to this court. This stipulation is made on the grounds that on June 18, 2019, both Clark Ovruchesky, counsel to Plaintiff Sally Galea, and Thomas P. Quinn, Jr., counsel for Defendant Equifax Information Services LLC, will be out of town on this date.

Dated: May 21, 2019            Respectfully submitted,

**C.O. LAW, APC**

By: /s/ Clark Ovruchesky
    Clark Ovruchesky
    ATTORNEYS FOR PLAINTIFF

**NOKES & QUINN**

By: /s/ Thomas P. Quinn, Jr.
    Thomas P. Quinn, Jr.
    ATTORNEYS FOR DEFENDANT
    EQUIFAX INFORMATION SERVICES LLC

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all defense counsels listed above, and that I have obtained their authorizations to affix their electronic signatures to this document.

Dated: May 21, 2019            **C.O. LAW, APC**

By:   /s/ Clark Ovruchesky
    Clark Ovruchesky
    ATTORNEYS FOR PLAINTIFF

///

///

///

///

///

///

# [PROPOSED ORDER]

PURSUANT TO STIPULATION, IT IS SO ORDERED that the current hearing date of June 18, 2019 for Defendant Equifax Information Services LLC's Motion to Dismiss (ECF No. 20) is continued to July 16, 2019 at 1:30 p.m., and the filing deadlines pertaining to this hearing are reset in accordance with the provisions of Local Rule 230.

Date: 5/21/2019     /s/ John A. Mendez_____
             JUDGE, United States District Court,
             Eastern District of California

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is C.O. LAW, APC, 2404 Broadway, Suite 150, San Diego, CA 92102. On May 21, 2019, I served the within document(s):

- **STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S MOTION TO DISMISS HEARING SET FOR 6/18/2019 AT 1:30 PM AND ASSOCIATED DEADLINES**

☒ CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury that the above is true and correct (and that I am employed in or by the office of a member of the bar of this Court at whose direction the service was made).

Executed on May 21, 2019, in San Diego, CA.

By: /s/ Clark Ovruchesky
CLARK OVRUCHESKY, ESQ.
ATTORNEY FOR PLAINTIFF

**PROOF OF SERVICE**