SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
J. BARRETT MARUM, Cal. Bar No. 228628
EDWARD D. VOGEL, Cal. Bar No. 110081
501 West Broadway, 19th Floor
San Diego, California 92101-3598
Telephone:   619.338.6500
Facsimile:    619.234.3815
E mail:         evogel@sheppardmullin.com
                    bmarum@sheppardmullin.com

Attorneys for WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| SALLY GALEA, <br><br> Plaintiff, <br><br> v. <br><br> WELLS FARGO BANK, N.A., EQUIFAX INFORMATION SYSTEMS LLC, and EXPERIAN INFORMATION SOLUTIONS, INC., <br><br> Defendants. | Case No. 2:19-cv-00386-JAM-AC <br><br> **SECOND STIPULATION AND ORDER TO EXTEND DEFENDANT WELLS FARGO BANK, N.A.'S DEADLINE TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** <br><br> Current Deadline: June 5, 2019 <br><br> Stipulated Deadline: July 5, 2019 <br><br> The Hon. John A. Mendez <br><br> Complaint Filed March 4, 2019 <br><br> FAC Filed March 22. 2019 |

TO THE HONORABLE JOHN A. MENDEZ, UNITED STATES DISTRICT COURT JUDGE AND ALL PARTIES IN INTEREST:

1. Plaintiff Sally Galea ("Plaintiff") and Defendant Wells Fargo Bank, N.A. ("Wells Fargo", and together with Plaintiff, the "Parties"), submit this Stipulation to extend Wells Fargo's deadline to respond to Plaintiff's First Amended Complaint to July 5, 2019, pursuant to Rule 6 of the Federal Rules of Civil Procedure and Local Rules 143 and 144.

2. On March 4, 2019, Plaintiff filed a Complaint against Wells Fargo in this Court which is assigned Case No. 2:19-cv-00386-JAM-AC. This Court issued a Summons setting a responsive deadline of March 27, 2019.

3. On March 26, 2019, Plaintiff and Wells Fargo entered into settlement negotiations. As a result, the Parties submitted a stipulation extending Wells Fargo's deadline to respond to the Complaint by five days to April 1, 2019.

4. Wells Fargo then filed a Motion to Dismiss Plaintiff's Complaint on April 1, 2019.

5. On April 22, 2019, Plaintiff filed a First Amended Complaint rendering Wells Fargo's Motion to Dismiss Plaintiff's Complaint moot. Wells Fargo's original deadline to respond to Plaintiff's First Amended Complaint was May 6, 2019.

6. In the interest of continuing settlement negotiations, Plaintiff and Wells Fargo submitted a stipulation to this Court extending Wells Fargo's deadline to respond to the First Amended Complaint by thirty days to June 5, 2019, which this Court granted on May 2, 2019.

7. Plaintiff and Wells Fargo have reached a final settlement. A written settlement agreement is finished and is awaiting signature.

8. Plaintiff has stipulated to extend Wells Fargo's time to respond to the First Amended Complaint by another thirty days to July 5, 2019. This should allow the Parties sufficient time to sign the finalized settlement agreement and for Plaintiff to seek a dismissal of her claims against Wells Fargo.

1       9.     Although Wells Fargo has previously been granted an extension to respond to Plaintiff's First Amended Complaint, this extension of time will not affect the other named Defendants in the action. Therefore, they are not required to sign this stipulation extending Wells Fargo's time to respond to the First Amended Complaint. In addition, the extension will have no impact on the case manages dates set by the Court.

RESPECTFULLY SUBMITTED,

Dated: June 4, 2019

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     */s/ J. Barrett Marum*
         J. BARRETT MARUM

Attorneys for WELLS FARGO BANK, N.A.

Dated: June 4, 2019

C.O. LAW, APC

By     */s/ Clark Ovruchesky*
         CLARK OVRUCHESKY, ESQ.

Attorneys for SALLY GALEA

## **ORDER**

Based on the foregoing stipulation,

**IT IS HEREBY ORDERED** that that Wells Fargo's responsive deadline to Plaintiff's First Amended Complaint is reset from June 5, 2019, to July 5, 2019.

**IT IS SO ORDERED.**

Dated: June 4, 2019                     /s/ John A. Mendez_____
                                        THE HONORABLE JOHN A. MENDEZ
                                        UNITED STATES DISTRICT COURT JUDGE