**C.O. LAW, APC**
Clark Ovruchesky (301844)
co@colawcalifornia.com
2404 Broadway, Suite 150
San Diego, CA 92102
Telephone: (619) 356-8960
Facsimile: (619) 330-7610

*Attorneys for Plaintiff*,
Sally Galea

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALLY GALEA, <br><br> Plaintiff, <br><br> v. <br><br> WELLS FARGO BANK, N.A., EQUIFAX INFORMATION SERVICES LLC, and EXPERIAN INFORMATION SOLUTIONS, INC. <br><br> Defendants. | Case No.: 2:19-cv-00386-JAM-AC <br><br> **STIPULATION AND ORDER TO EXTEND PLAINTIFF'S DEADLINE TO FILE A SECOND AMENDED COMPLAINT** |

The parties hereto, by and through their attorneys of record, stipulate and move for an order extending the current August 21, 2019 deadline for Plaintiff, Sally Galea ("Plaintiff") to file a Second Amended Complaint until September 13, 2019. In its August 1, 2019 "Order Granting in Part and Denying in Part Equifax's Motion to Dismiss," this Court set a deadline for Plaintiff to file her Second Amended Complaint within twenty days of the Order. *See* ECF No. 36 at 11:13-16. This stipulation is made on the grounds that Clark Ovruchesky, counsel to Plaintiff Sally Galea, and Thomas P. Quinn, Jr., counsel for Defendant Equifax Information Services LLC are making progress in settlement negotiations. The

Parties believe affording Plaintiff more time to file a Second Amended Complaint would be productive towards the goal of conserving the valuable resources of the Parties and this Court.

The Parties have not previously requested any extensions for Plaintiff to file a Second Amended Complaint and this Stipulation is made in good faith and not for purposes of delay.

Dated: August 20, 2019　　　　　　　　Respectfully submitted,

**C.O. LAW, APC**

By: /s/ Clark Ovruchesky
　　Clark Ovruchesky
　　ATTORNEYS FOR PLAINTIFF

**NOKES & QUINN**

By: /s/ Thomas P. Quinn, Jr.
　　Thomas P. Quinn, Jr.
　　ATTORNEYS FOR DEFENDANT
　　EQUIFAX INFORMATION SERVICES LLC

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all defense counsels listed above, and that I have obtained their authorizations to affix their electronic signatures to this document.

Dated: August 20, 2019　　　　　　　　**C.O. LAW, APC**

By:　/s/ Clark Ovruchesky
　　　Clark Ovruchesky
　　　ATTORNEYS FOR PLAINTIFF

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the current deadline of August 21, 2019 for Plaintiff Sally Galea to file a Second Amended Complaint (ECF No. 36) is extended to September 13, 2019 and Defendant Equifax Information Services LLC's deadline to file a responsive pleading shall be twenty days thereafter.

Date: August 21, 2019  /s/ John A. Mendez
U. S. District Court Judge